Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KG DONGBU STEEL CO., LTD.,** | |
| **Plaintiff,** | |
| v. | **SUMMONS** <br> **Court No. 23-00055** |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff KG Dongbu Steel Co., Ltd. is a foreign producer and exporter of corrosion-resistant ("CORE") steel products from the Republic of Korea. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's January 1, 2020 – December 31, 2020 countervailing duty administrative review of Certain Corrosion-Resistant Steel Products from the Republic of Korea. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

   (Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final results of the January 1, 2020 – December 31, 2020 administrative review of the countervailing duty order on *Certain Corrosion-Resistant Steel Products from the Republic of Korea*. See *Certain Corrosion-Resistant Steel Products From the Republic of Korea: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2020*, 88 Fed. Reg. 7,946 (Dep't Commerce Feb. 7, 2023).

   (Brief description of contested determination)

3. February 1, 2023
   (Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on February 7, 2023.
   (If applicable, date of publication in *Federal Register* of notice of contested determination)

/s/ Brady W. Mills
Signature of Plaintiffs' Attorney

March 8, 2023
Date

Brady W. Mills
**Morris, Manning & Martin, LLP**
1401 Eye Street, NW Suite 600
Washington, DC 20005
(202) 216-4116
bmills@mmmlaw.com

*Counsel to KG Dongbu Steel Co., Ltd.*

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)