IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| KG DONGBU STEEL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>　and<br><br>NUCOR CORPORATION and THE GOVERMNENT OF THE REPUBLIC OF KOREA,<br><br>　　　　Defendant-Intervenors. | Court No. 23-00055 |
| KG DONGBU STEEL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>　and<br><br>NUCOR CORPORATION,<br><br>　　　　Defendant-Intervenor. | Court No. 24-00056 |

## JOINT STATUS REPORT

Pursuant to the Court's August 30, 2024 Order, the Parties hereby file this joint status report.  Order, *KG Dongbu Steel Co., Ltd. v. United States*, No. 23-00055 (Aug. 30, 2024), ECF No. 50; Order, *KG Dongbu Steel Co., Ltd. v. United States*, No. 24-00056 (Aug. 30, 2024), ECF No. 25.  On April 18, 2024, the Court ordered that this matter be stayed pending resolution of

1

*KG Dongbu Steel Co. v. United States,* Court No. 22-47 ("*KG Dongbu I*"). *KG Dongbu Steel Co. v. United States,* Court No. 23-00055 (Ct. Int'l Trade), ECF No. 47; *KG Dongbu Steel Co. v. United States*, Court No. 24-00056 (Ct. Int'l Trade) ECF No. 20. The Parties request that the Court continue to stay this matter pending resolution of *KG Dongbu I*.

On April 3, 2024, the Court remanded the *Final Results* of the countervailing duty administrative review for the 2019 period of review to the U.S. Department of Commerce ("Commerce") in *KG Dongbu*. *KG Dongbu Steel Co. v. United States*, 695 F.Supp.3d 1338 (Ct. Int'l Trade 2024). Commerce filed the remand results on July 3, 2024. Redetermination Pursuant to Court Remand, *KG Dongbu Steel Co., v. United States*, Court No. 22-00047 (Ct. Int'l Trade July 3, 2024), ECF No. 76. On September 6, 2024, Defendant Intervenor Nucor filed comments opposing the remand results, and on October 7, 2024, Plaintiff KG Dongbu and Defendant, the United States, filed comments in support of the remand results. Defendant-Intervenor's Comments in Opposition to Second Remand Redetermination, *KG Dongbu Steel Co., Ltd. v. United States,* No. 22-00047 (Sept. 6, 2024), ECF No. 82; Plaintiff's Comments in Support of the Second Remand Redetermination, *KG Dongbu Steel Co., Ltd. v. United States,* No. 22-00047 (Oct. 7, 2024), ECF No. 84; Defendant's Response to Comments on Commerce's Second Remand Redetermination, *KG Dongbu Steel Co., Ltd. v. United States,* No. 22-00047 (Oct. 7, 2024), ECF No. 85. As of December 30, 2024, judgment in *KG Dongbu I* has not been entered.

Accordingly, the Parties request that the Court continue to stay this matter pending resolution of *KG Dongbu I*. The Parties propose that they will file a joint status report within 21 days after the Court enters final judgment in *KG Dongbu*. The Parties attach to this joint status report a proposed order.

Please contact the undersigned if you have any questions regarding this matter.

          Respectfully submitted,

          /s/ Brady W. Mills
          Brady W. Mills
          Donald B. Cameron
          Julie C. Mendoza
          R. Will Planert
          Mary S. Hodgins
          Eugene Degnan
          Jordan L. Fleischer
          Nicholas C. Duffey
          Ryan R. Migeed

          **MORRIS, MANNING & MARTIN, LLP**
          1333 New Hampshire Avenue, NW
          Suite 800
          Washington, D.C. 20036
          (202) 216-4116

          *Counsel to Plaintiff KG Dongbu Steel Co., Ltd.*

Dated: December 30, 2024

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| OF COUNSEL | /s/ Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel |
| W. MITCH PURDY<br>Senior Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel for Trade<br>Enforcement and Compliance | Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-7568<br>Email: sosun.bae@usdoj.gov |
| Dated: December 30, 2024 | *Attorneys for Defendant, the United States* |

/s/ Alan H. Price
Alan H. Price
Christopher B. Weld
Robert E. DeFrancesco, III
Tessa V. Capeloto
Maureen E. Thorson
Derick G. Holt
Enbar Toledano
Adam M. Teslik
Jake R. Frischknecht
Theodore P. Brackemyre
Paul A. Devamithran

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000

Dated:  December 30, 2024

*Counsel for Consolidated Plaintiff and Defendant-Intervenor Nucor Corporation*

|  |  |
|---|---|
|  | /s/ Yujin Kim McNamara |
|  | Yujin Kim McNamara |
|  | Sarah S. Sprinkle |
|  | Daniel M. Witkowski |
|  | Devin S. Sikes |
|  | Sydney L. Stringer |
|  | Sung Un K. Kim |
|  |  |
|  | **AKIN, GUMP, STRAUSS HAUER & FIELD LLP** |
|  | 2001 K Street |
|  | Washington, DC 20006 |
|  | Phone: (202) 887-4347 |
|  | E-mail: ymcnamara@akingump.com |
| Dated: December 30, 2024 | *Counsel for Government of the Republic of Korea* |

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| KG DONGBU STEEL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>　and<br><br>NUCOR CORPORATION and THE GOVERMNENT OF THE REPUBLIC OF KOREA,<br><br>　　　　Defendant-Intervenors. | Court No. 23-00055 |
| KG DONGBU STEEL CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>　and<br><br>NUCOR CORPORATION,<br><br>　　　　Defendant-Intervenor. | Court No. 24-00056 |

## **ORDER**

Upon consideration of the parties' December 30, 2024 joint status report, and all other papers and proceedings, it is hereby:

**ORDERED** that the parties shall file a joint status report with the Court no later than 21 days after the Court enters final judgment in *KG Dongbu Steel Co. v. United States*, Court No. 22-00047 (Ct. Int'l Trade).

**SO ORDERED**.

                                                          Jennifer Choe-Groves, Judge

Dated: _____
      New York, New York